AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ALEX DANILO CARRETO-GOMEZ<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      1:18-MJ-530<br>)<br>)<br>) |

FILED
NOV - 7 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 29, 2018__ in the county of __Alexandria__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326(a) | The defendant was found in the United States after having been denied admission, excluded, deported, or removed without the express consent of the Attorney General or Secretary of Homeland Security to reapply for admission in the United States. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by:
AUSA/Mike Ben'Ary
SAUSA Brianna Edgar

*Complainant's signature*

Kurt Simard, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/7/18

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA     Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*